SEALED FILED

AUG 20 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  SHERRY D. HARTEL HAUS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
   Facsimile: (16) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,         ) Case No.
11 |                                   )
   |         Plaintiff,                ) 2:15-CR-0175 JAM
12 |                                   )
   |    v.                             ) ORDER TO SEAL
13 |                                   )
   | Steven Vernon ROLAND              ) (UNDER SEAL)
14 |                                   )
   |         Defendant.                )
15 |                                   )
   |                                   )

16

17     The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney
18 Sherry D. Hartel Haus to Seal Indictment, and this Order, in the above-referenced case, shall be sealed
19 until the arrest of the defendant or until further order of the Court.

20 Dated: Aug 20, 2015

21                                                 _____
                                                   KENDALL J. NEWMAN
22                                                 United States Magistrate Judge

Order to Seal Indictment