HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
STEVEN VERNON ROLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-cr-175 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | ) |
| STEVEN VERNON ROLAND, | ) Date: September 30, 2016 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Assistant United States Attorney Brian Fogerty, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorney for Steven Vernon Roland, that the status conference scheduled for September 30, 2016 be vacated and be continued November 18, 2016 at 9:00 a.m.

The grounds for this continuance are that defense counsel would like additional time to review the discovery that has been produced and to investigate the facts of the case, so to allow time for effective preparation and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including November 18, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

1 | DATED: September 27, 2016      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for STEVEN VERNON ROLAND

DATED: September 27, 2016      PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Brian Fogerty*
BRIAN FOGERTY
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and [PROPOSED] Order to Continue Status Conference      -2-

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 18, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the September 30, 2016 status conference shall be continued until November 18, 2016, at 9:00 a.m.

Dated:  September 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge