1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Hannah_Labaree@fd.org
5
   Attorney for Defendant
6  STEVEN VERNON ROLAND

7
                 IN THE UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No.  2:15-cr-175 GEB
                                       )
11            Plaintiff,               )  STIPULATION TO VACATE DETENTION
                                       )  HEARING
12       vs.                           )
                                       )  Date: October 27, 2016
13  STEVEN VERNON ROLAND,              )  Time: 2:00 p.m.
                                       )  Judge: Hon. Carolyn K. Delaney
14            Defendant.               )
                                       )
15  _____   )

16        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States

17  Attorney, through Assistant United States Attorney Shelley Weger, attorney for Plaintiff,

18  Heather E. Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree,

19  attorney for Steven Vernon Roland, that the detention hearing scheduled for October 27, 2016 be

20  vacated.  United States Pretrial Services Officer, Renee Basurto, joins in this stipulation.

21        A further detention hearing may be requested when defense counsel has new information

22  to the Court.  Therefore, the parties stipulate to entry of a detention order by the Court.

23  DATED: October 27, 2016              Respectfully submitted,

24                                        HEATHER E. WILLIAMS
25                                        Federal Defender

26                                        /s/ Hannah R. Labaree
                                          HANNAH R. LABAREE
27                                        Assistant Federal Defender
                                          Attorney for STEVEN VERNON ROLAND
28

1  DATED: October 27, 2016                    PHILLIP A. TALBERT
                                              Acting United States Attorney
2

3                                             */s/ Shelley Weger*
                                              SHELLEY
4                                             Assistant U.S. Attorney
                                              Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation vacates the detention hearing set for October 27, 2016. The Court shall file an entry of a detention order.

Dated:  October 27, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE