1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   HANNAH R. LABAREE, #294338
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    Hannah_Labaree@fd.org
5
    Attorney for Defendant
6   STEVEN VERNON ROLAND

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )   Case No.  2:15-cr-175 GEB
                                       )
11              Plaintiff,             )   STIPULATION AND [PROPOSED] ORDER TO
                                       )   CONTINUE STATUS CONFERENCE, AND TO
12         vs.                         )   EXCLUDE TIME
                                       )
13  STEVEN VERNON ROLAND,              )   Date: November 18, 2016
                                       )   Time: 9:00 a.m.
14              Defendant.             )   Judge: Hon. Garland E. Burrell, Jr.
                                       )
15  _____   )

16        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States

17  Attorney, through Assistant United States Attorney Brian Fogerty, attorney for Plaintiff, Heather

18  Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorney

19  for Steven Vernon Roland, that the status conference scheduled for November 18, 2016 be

20  vacated and be continued January 6, 2017 at 9:00 a.m.

21        The grounds for this continuance are that defense counsel would like additional time to

22  review the discovery that has been produced and to investigate the facts of the case, so to allow

23  time for effective preparation for trial and to negotiate a resolution to this matter.

24        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

25  excluded from November 18, 2006 through and including January 6, 2017; pursuant to 18 U.S.C.

26  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

27  based upon defense preparation.

28

Stipulation and [PROPOSED] Order to Continue          -1-
Status Conference

1    DATED: November 16, 2016          Respectfully submitted,

2                                      HEATHER E. WILLIAMS
3                                      Federal Defender

4                                      /s/ Hannah R. Labaree
                                       HANNAH R. LABAREE
5                                      Assistant Federal Defender
                                       Attorney for STEVEN VERNON ROLAND
6

7    DATED: November 16, 2016          PHILLIP A. TALBERT
                                       Acting United States Attorney
8

9                                      /s/ Brian Fogerty
                                       BRIAN FOGERTY
10                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice served by granting the requested continuance

7   outweigh the best interests of the public and defendant in a speedy trial.

8          The Court orders the time from November 18, 2016 through and including January 6,

9   2017, shall be excluded from computation of time within which the trial of this case must be

10  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11  [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  **It is further**

12  **ordered** the November 18, 2016 status conference shall be continued until January 6, 2017, at

13  9:00 a.m.

14         Dated:  November 16, 2016

15

16

17         _____
           GARLAND E. BURRELL, JR.
18         Senior United States District Judge

19

20

21

22

23

24

25

26

27

28