HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
STEVEN VERNON ROLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-cr-175 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| STEVEN VERNON ROLAND, | Date:  February 24, 2017 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Amy Schuller Hitchcock, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorney for Steven Vernon Roland, that the status conference scheduled for February 24, 2017 be vacated and be continued April 7, 2017 at 9:00 a.m.

The grounds for this continuance are that defense counsel would like additional time to review the discovery that has been produced and to investigate the facts of the case, so to allow time for effective preparation for trial and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from February 24, 2017 through and including April 7, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

1 | DATED: February 15, 2017     Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Hannah R. Labaree*
                                         HANNAH R. LABAREE
                                         Assistant Federal Defender
                                         Attorney for STEVEN VERNON ROLAND

DATED: February 15, 2017     PHILLIP A. TALBERT
                                         United States Attorney

                                         */s/ Amy Schuller Hitchcock*
                                         AMY SCHULLER HITCHCOCK
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from February 24, 2017 through and including April 7, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  **It is further ordered** the February 24, 2017 status conference shall be continued until April 7, 2017, at 9:00 a.m.

Dated:  February 15, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge