| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | Hannah_Labaree@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | STEVEN VERNON ROLAND |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-175 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| STEVEN VERNON ROLAND, | ) | Date: May 5, 2017 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Amy Schuller Hitchcock, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Steven Vernon Roland, that the status conference scheduled for May 5, 2017 be vacated and be continued June 16, 2017 at 9:00 a.m.

The grounds for this continuance are that defense counsel would like additional time to review the discovery that has been produced and to investigate the facts of the case, so to allow time for effective preparation for trial and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 16, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [PROPOSED] Order to Continue Status Conference       -1-

| | | |
|---|---|---|
| 1 | DATED: May 2, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Hannah R. Labaree* |
| | | HANNAH R. LABAREE |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for STEVEN VERNON ROLAND |
| 7 | DATED: May 2, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Amy Schuller Hitchcock* |
| | | AMY SCHULLER HITCHCOCK |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

Stipulation and [PROPOSED] Order to Continue Status Conference    -2-

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 16, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 5, 2017 status conference shall be continued until June 16, 2017 at 9:00 a.m.

Dated: May 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge