PHILLIP A. TALBERT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>STEVEN VERNON ROLAND,<br><br>                    Defendant. | CASE NO. 2:15-CR-00175-GEB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 25, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 25, 2017.

2.      By this stipulation, defendant now moves to continue the status conference until September 8, 2017, and to exclude time between August 25, 2017, and September 8, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes over a thousand pages of documents, including investigative reports and .pdf images, and thousands of video and image files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)	Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to discuss potential resolutions with her client, and to otherwise prepare for trial.

c)	Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)	The government does not object to the continuance.

e)	Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)	For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 25, 2017 to September 8, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

//

1    IT IS SO STIPULATED.

2

3

4    Dated:  August 22, 2017              PHILLIP A. TALBERT
                                          United States Attorney

5

6                                         /s/ AMY SCHULLER HITCHCOCK
                                          AMY SCHULLER HITCHCOCK
                                          Assistant United States Attorney
7

8

9    Dated:  August 22, 2017              HEATHER E. WILLIAMS
                                          Federal Defender

10

11                                        /s/ HANNAH R. LABAREE
                                          HANNAH R. LABAREE
                                          Assistant Federal Defender
12                                        Counsel for Defendant
                                          STEVEN VERNON ROLAND
13

14

15

16                              **FINDINGS AND ORDER**

17   IT IS SO FOUND AND ORDERED.

18   Dated:  August 22, 2017

19

20   _____

21   GARLAND E. BURRELL, JR.
     Senior United States District Judge
22

23

24

25

26

27

28