| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | Hannah_Labaree@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | STEVEN VERNON ROLAND |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-175-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE, |
| vs. | ) | AND TO EXCLUDE TIME |
| | ) | |
| STEVEN VERNON ROLAND, | ) | Date: October 20, 2017 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Amy Schuller Hitchcock, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Steven Vernon Roland, that the status conference scheduled for October 20, 2017 be vacated and be continued November 3, 2017 at 9:00 a.m.

The parties agree and stipulate, and request that the Court find the following:

The discovery associated with this case includes over a thousand pages of documents, including investigative reports and .pdf images, and thousands of video and image files. Discovery has been either produced directly to counsel and/or made available for inspection and copying. The parties continue to meet and confer, and these discussions have prompted additional factual and legal points of investigation and research for the defense. Thus, this Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to discuss potential

Stipulation to Continue Status Conference -1-

resolutions with her client, and to consult with the defendant about the produced proposed Plea Agreement, and to otherwise prepare for trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including November 3, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 18, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　*/s/ Hannah R. Labaree*
　　　　　　　　　　　　　　　　　　　HANNAH R. LABAREE
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Attorney for STEVEN VERNON ROLAND

DATED: October 18, 2017　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　*/s/ Amy Schuller Hitchcock*
　　　　　　　　　　　　　　　　　　　AMY SCHULLER HITCHCOCK
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 3, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 20, 2017 status conference shall be continued until November 3, 2017 at 9:00 a.m.

Dated: October 19, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge