IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> STEVEN VERNON ROLAND, <br> Defendant. | Case No. 2:15-cr-175 GEB <br><br> RECOMMENDING INSTITUTION |

    I recommend that defendant STEVEN VERNON ROLAND be imprisoned at USP TUCSON, SAFFORD FCI, or FCI PHOENIX.

    Dated: February 6, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge