MCGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00175-GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER REGARDING RESTITUTION |
| v. | DATE: April 6, 2018 |
| STEVEN VERNON ROLAND, | TIME: 9:00 a.m. |
| Defendants. | COURT: Hon. Garland E. Burrell, Jr. |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On November 3, 2017, defendant Steven Vernon Roland pleaded guilty to one count of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2). The parties signed and filed a Plea Agreement with the Court. *See* ECF 57.

2. Pursuant to the Plea Agreement, the defendant agreed that his conduct is governed by the Mandatory Victim Restitution Act pursuant to 18 U.S.C. § 3663A(c)(1)(A)(ii) and agreed to pay the full amount of restitution as ordered by the Court to all victims affected by his offense. The defendant further agreed that his conduct is governed by 18 U.S.C. § 2259, which requires the Court to order restitution for the full amount of the victims' compensable losses for certain offenses, including Receipt of Child Pornography.

3. Judgment and Sentencing was held on February 2, 2018, at which the defendant was

sentenced by the Court to 115 months imprisonment, followed by 120 months of supervised release. At the government's request, the Court set a Restitution Hearing for April 6, 2018, pursuant to 18 U.S.C. § 3664(d)(5), to allow time to ascertain the victims' losses. Determination of restitution was deferred until April 6, 2018, at which time "An Amended Judgment in Criminal Case (AO 245C) will be entered." *See* ECF 68 at 7.

4. To date, the government has not received any requests for restitution from the identified victims in this case. Without such requests, the government is unable to present with specificity to the Court, or prove by a preponderance of evidence, losses caused by the defendant's conduct.

5. Accordingly, the parties hereby stipulate and request that the Court vacate the restitution hearing currently set for April 6, 2018.

IT IS SO STIPULATED.

Dated: April 2, 2018  McGREGOR W. SCOTT
United States Attorney

By: /s/ AMY SCHULLER HITCHCOCK
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

Dated: April 2, 2018  HEATHER E. WILLIAMS
Federal Defender

/s/ HANNAH R. LABAREE
HANNAH R. LABAREE
Assistant Federal Defender
Counsel for Defendant
STEVEN VERNON ROLAND

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.
Dated: April 3, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge